UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. EBERTOWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>RON BLOOM, Warden,<br><br>    Defendant. | Case No. 20-07532 BLF (PR)<br><br>**JUDGMENT** |

Plaintiff's request for voluntary dismissal of this action has been granted. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __February 11, 2021__

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.20\07532Ebertowski_jud